United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MEYER, <br><br>   Plaintiff, <br><br> v. <br><br>AUSTIN FOSTER, <br><br>   Defendant. | Case No. 19-cv-00643-JD <br><br> **ORDER OF DISMISSAL** |

  Plaintiff, a mental health patient, filed a pro se civil rights action. Court records indicate that plaintiff already proceeds with a case in this Court concerning the same defendant and claims. *See Meyer v. Foster*, Case No. 19-cv-0582 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The Court will screen the earlier filed complaint.

  For the foregoing reasons, this case is **DISMISSED** as duplicative.

  **IT IS SO ORDERED.**

Dated: February 26, 2019

                       JAMES DONATO
                       United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC MEYER,

    Plaintiff,

v.

AUSTIN FOSTER,

    Defendant.

Case No. 19-cv-00643-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Meyer ID: A-North
Chicago Read Mental Health Center
4200 N. Oak Park
Chicago, IL 60634

Dated: February 26, 2019

    Susan Y. Soong
    Clerk, United States District Court

    By:_____
    LISA R. CLARK, Deputy Clerk to the
    Honorable JAMES DONATO